No. 4666.—Valladares, apldo., v. Benítez et al., apltes. ▇▇▇▇▇▇▇▇ C. D. Humacao. Nov. 27, 1928.

Por cuanto la desestimación de la apelación en este caso

provino de la falta de cumplimiento de ciertos requisitos legales por parte del apelante;

POR CUANTO la desestimación por el Tribunal Supremo de un recurso de apelación no agrega nada a la sentencia apelada y solamente permite la ejecución de ésta.;

POR CUANTO si una sentencia es nula *prima facie,* la desestimación de la apelación de tal sentencia no puede surtir el efecto de convalidarla;

POR TANTO, se declara sin lugar la moción de los demandados Martorel y Colón para que se les exima de los efectos de la sentencia desestimada en este caso.